## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:  Bankr. No. 24-42399

MPGF, Inc.,

    Debtor.  Chapter 11, SubV

## ORDER REGARDING STATUS REPORT

    11 USC § 1188(a) requires that "not later than 60 days after the entry of the order for relief under this chapter, the court shall hold a status conference to further the expeditious and economical resolution of a case under this subchapter". 11 USC § 1188(c) further requires the debtor to file with the court and serve on the trustee and all parties in interest a report that details the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization no less than 14 days before such status conference. As of the date of this order, no such status report has been filed by the Debtor.

    To provide the Movant an opportunity to cure the aforementioned issue, the Court finds cause to continue the October 30, 2024 hearing to December 5, 2024. In accordance with 11 USC § 1188(c), Debtor is directed to file the status report at least 14 days prior to the continued status conference.

    **IT IS ORDERED**:

1. The October 30, 2024 status conference is continued to December 5, 2024.

2. No later than **4:00 p.m. on Thursday, November 21, 2024**, Debtor shall file a status report consistent with the requirements outlined in 11 USC § 1188(c).

DATED: October 28, 2024

*/e/Kesha L. Tanabe*
_____
Kesha L. Tanabe
United States Bankruptcy Judge