**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Case No. 24-42399 |
| MPGF, Inc., | Chapter 11 (Subchapter V) |
| Debtor. | **AMENDED SCHEDULING ORDER** |

Pursuant to 11 U.S.C. § 1188, the Court held a status conference in this case on January 6, 2025. Appearances were noted in the record. Based on the representations of the parties at the status conference,

**IT IS ORDERED:**

1. THIS ORDER REPLACES THE SCHEDULING ORDER AT ECF NO. 50.

2. Any election under § 1111(b) of the Bankruptcy Code must be made on or before **January 30, 2025**.

3. Any equity security holder or creditor whose claim is based on a security must be the holder of record of the security on **January 30, 2025**, in order to be eligible to accept or reject the plan.

4. The Debtor shall transmit copies of the plan, a ballot, and this Order to all parties required by Fed. R. Bankr. P. 2002(b) no later than **35 days** before the confirmation hearing.

5. A telephonic hearing on confirmation of the plan will be held on **February 13, 2025 at 1:30PM**. Contact the Courtroom Deputy at the above email address to request call-in instructions.

6. Holders of claims and interests must accept or reject the plan by filing a ballot no later than **5 days** before the confirmation hearing.

7. An objection to confirmation shall be made by motion under Local Rule 3020-1 and shall be filed and served no later than **7 days** before the confirmation hearing.

8. All dates or deadlines not addressed in this Order shall be governed by the applicable provisions of the Bankruptcy Code or the Bankruptcy Rules.

9. Except as subsequently modified by the Court, the dates stated in this Order are mandatory. Deadlines will not be extended except for good cause. The Court reserves the right to act upon such requests without a hearing.

10. Failure to comply with this Order, or any subsequent Order, may result in the imposition of sanctions.

Dated: *January 6, 2025*

*/e/William J. Fisher*
_____
William J. Fisher
United States Bankruptcy Judge